USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/06/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

KEVEN BATISTA,

                                              Plaintiff,

                -against-

CITY OF NEW YORK AND POLICE OFFICER MICHAEL
TEDESCHI TAX ID 943868,

                                              Defendants.

-------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

16-CV-8463 (GHW)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2017

| | |
|---|---|
| GOLDBERG & ALLEN LLP<br>*Attorneys for Plaintiff*<br>49 West 37th Street 7th Floor<br>New York, New York 10018<br>(212) 766-3366<br><br>By: _____<br>Gerald Allen<br>*Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>City of New York<br>*Attorney for Defendants City of New York and Tedeschi*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>Beth Hoffman<br>*Senior Counsel* |

The parties have stipulated to dismissal of this action with prejudice. As explained in the Court's order dated September 11, 2017, Dkt. No. 24 at 1 n.1, the Court will not retain jurisdiction to enforce a settlement agreement that is not placed on the public record. The parties have not submitted a settlement agreement for review, therefore the Court does not retain jurisdiction over this matter. The Court does not adopt or endorse paragraph 2 of this stipulation.

Dated: October 6, 2017
New York, New York

_____
GREGORY H. WOODS
United States District Judge